UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN GOODWYN, on his own behalf and all
similarly situated individuals,

                                        CIVIL CASE NO.: 1:11-cv-03349-JEC

    Plaintiff,

v.

THE WHITESTONE GROUP, INC., a Foreign
Profit Corporation, and WHITESTONE
STAFFING, INC., a Foreign Profit Corporation,
and JOHN D. CLARK, JR., individually,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, JOHN GOODWYN, and Opt-In Plaintiffs, TERRY DAVIS, CHEYNEY MARSHALL and GREGORY CREWS, request that their claims against Defendants, THE WHITESTONE GROUP, INC., WHITESTONE STAFFING, INC. and JOHN D. CLARK, JR., be dismissed **without** prejudice with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 16th day of January, 2012.

                                             **/s/ ANDREW FRISCH**
                                             Andrew Frisch, Esq.
                                             FL. Bar Number 27777
                                             MORGAN & MORGAN, P.A.
                                             6824 Griffin Road
                                             Davie, Florida 33314
                                             Telephone:  954-318-0268
                                             Facsimile:  954-333-3515
                                             E-mail:  AFrisch@forthepeople.com

                                             Trial Counsel for Plaintiffs

/s/ DOUGLAS DUERR
Douglas Duerr, Esq.
Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, NE.
Atlanta, Georgia 30303
Telephone:  404-659-6700
Facsimile:  404-222-9718
E-mail:  Duerr@elarbeethompson.com

Trial Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ ANDREW FRISCH
Andrew Frisch, Esq.